**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 03-1084**

─────────────

ISIDORO RODRIGUEZ,

Plaintiff - Appellant,

versus

HFP INCORPORATED, General Partner; IOTA
PARTNERS; EDRIS E. HARBESTON; JACK HARBESTON;
JEROME BARRON,

Defendants - Appellees,

and

ARMADA COMPANY, General Partner; SEA SEARCH
ARMADA; DOE ENTITIES 1-6; MURDOCK & COMPANY;
DAVE LAROCQUE; DON MIDDLEBROOK; ED CARPENTER;
DANILO DEVIS PEREIRA; JOHN DOES, 1-10,

Defendants.

─────────────

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. Gerald Bruce Lee, District
Judge. (CA-02-1523-A)

─────────────

Submitted: September 8, 2003        Decided: October 10, 2003

─────────────

Before LUTTIG, MOTZ, and KING, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

Isidoro Rodriguez, LAW OFFICES OF RODRIGUEZ & SIBLEY, Alexandria, Virginia, for Appellant. R. Harrison Pledger, Jr., PLEDGER & FEORD, P.L.C., McLean, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Isidoro Rodriguez appeals the district court order dismissing his complaint for lack of personal jurisdiction. We review de novo the district court's legal conclusions concerning personal jurisdiction. To the extent that the district court's conclusions are based on findings of fact, however, such findings should not be disturbed unless clearly erroneous. Mylan Lab., Inc. v. Akzo, N.V., 2 F.3d 56, 60 (4th Cir. 1993). Rodriguez bears the burden of showing by a preponderance of the evidence that jurisdiction existed. In re Celotex Corp., 124 F.3d 619, 628 (4th Cir. 1997).

We have reviewed the record and the district court's findings and legal conclusions and find no error. Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court, and argument would not aid the decisional process.

AFFIRMED